UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON LAUCHNER, | § | |
|    *Plaintiff*, | § § § | |
| v. | § | Civil Action No. 3:22-CV-1073-X |
| WALTER G. MINTER et al., | § § § | |
|    *Defendants*. | § § | |

## DISMISSAL ORDER

In accordance with the Plaintiff's *Motion to Dismiss* [Doc. 10], the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 10th day of May, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1